AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wiese, John P. | 2. Court or Organization  U.S. Court of Federal Claims | 3. Date of Report  04/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS: | | | | | | | | | |
| 2. Wells Fargo Bank, Portland, OR | | | | | | | | | |
| 3. --Money Market Accounts | A | Interest | N | T | | | | | |
| 4. United Bank, Arlington, VA (formerly Cardinal Bank) | | | | | | | | | |
| 5. --Certificate of Deposit | A | Interest | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. UNITED STATES TREASURY: | | | | | | | | | |
| 8. --Series I Bonds | A | Interest | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. COMMON STOCK: | | | | | | | | | |
| 11. WGL Holdings, Inc. | A | Dividend | K | T | | | | | |
| 12. NiSource, Inc. Holding Co. | A | Dividend | J | T | | | | | |
| 13. Duke Realty Corp. | A | Dividend | J | T | | | | | |
| 14. Gladstone Commercial Corp. | A | Dividend | J | T | | | | | |
| 15. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 16. RLI Corp. | A | Dividend | J | T | | | | | |
| 17. Canadian National Ry Co. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 19. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 20. Gladstone Investment Corp. | A | Dividend | J | T | | | | | |
| 21. Berkshire Hathaway Holdings | | None | L | T | | | | | |
| 22. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 23. Baker Hughes, Inc. | A | Dividend | J | T | | | | | |
| 24. Blackrock Enhanced Equity | A | Dividend | J | T | | | | | |
| 25. Hospitality Properties Trust | A | Dividend | J | T | | | | | |
| 26. Dominion Resources, Inc. | B | Dividend | K | T | | | | | |
| 27. Bank of America | A | Dividend | J | T | | | | | |
| 28. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 29. CSX Corporation | A | Dividend | J | T | | | | | |
| 30. General Electric Co. | A | Dividend | J | T | | | | | |
| 31. Baxter International, Inc. | A | Dividend | J | T | | | | | |
| 32. AbbVie,Inc. | A | Dividend | J | T | | | | | |
| 33. :Shire PLC Spon ADR | A | Dividend | J | T | | | J | | |
| 34. DowDupont Inc. (Formerly Dow Chemical Corp.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | | |
| 36. | PREFERRED SHARES: | | | | | | | | | |
| 37. | Bank of America, Pfd-G | A | Dividend | J | T | | | | | |
| 38. | Aegon NV, Pfd-D | A | Dividend | J | T | | | | | |
| 39. | Goldman Sachs, Pfd-Series A | A | Dividend | J | T | | | | | |
| 40. | Bank of America Pfd-L | A | Dividend | J | T | | | | | |
| 41. | Washington Gas Light, 4.25 Series | A | Dividend | J | T | | | | | |
| 42. | Wells Fargo & Co., Series N | A | Dividend | J | T | | | | | |
| 43. | Capital One Financial C Series Pfd | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | | |
| 45. | MUTUAL FUNDS: | | | | | | | | | |
| 46. | Vanguard Funds - | | | | | | | | | |
| 47. | --Money Market Funds (Prime) | C | Dividend | N | T | | | | | |
| 48. | --Wellington Fund | D | Dividend | M | T | | | | | |
| 49. | --Index Fund - FTSE All-World ex US | A | Dividend | J | T | | | | | |
| 50. | --Global Equity Fund | A | Dividend | K | T | | | | | |
| 51. | --Inflation - Protected Securities Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --GNMA Fund | B | Dividend | L | T | | | | | |
| 53. --Short-Term Investment-Grade | B | Dividend | L | T | | | | | |
| 54. Columbia Acorn Fund Institutional Class | E | Dividend | M | T | | | | | see note in Part VIII |
| 55. Columbia Acorn USA Fund Institutional Class | E | Dividend | L | T | | | | | see note in Part VIII |
| 56. Columbia Acorn Int'l Fund Institutional Class | D | Dividend | L | T | | | | | see note in Part VIII |
| 57. Dodge & Cox Stock Fund | D | Dividend | M | T | | | | | |
| 58. Dodge & Cox Balanced Fund | D | Dividend | L | T | | | | | |
| 59. Harbor Int'l Fund | D | Dividend | L | T | | | | | |
| 60. Vanguard - Small Cap Index | A | Dividend | L | T | | | | | |
| 61. Vanguard Emerging Markets Stock Index (x) | A | Dividend | K | T | | | | | |
| 62. Vanguard Extended Market Index (x) | A | Dividend | K | T | | | | | |
| 63. Vanguard Intermediate-term Investment Grade (x) | B | Dividend | K | T | | | | | |
| 64. | | | | | | | | | |
| 65. IRA No. 1: | | | | | | | | | |
| 66. Vanguard Funds - | | | | | | | | | |
| 67. --Capital Opportunity Fund | | Dividend | N | T | | | | | |
| 68. --Windsor II Fund | E | Distribution | J | T | Sold (part) | 01/31/17 | K | | see note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Extended Market Index | A | Dividend | K | T | | | | | |
| 70. --Intermediate-Term Investment-Grade | C | Dividend | M | T | | | | | |
| 71. --Total Bond Market Index | B | Dividend | L | T | | | | | |
| 72. Vanguard Brokerage - | | | | | | | | | |
| 73. -Common Stock: | | | | | | | | | |
| 74. --Compass Diversified Holdings | A | Dividend | J | T | | | | | |
| 75. --Cedar Realty Trust | A | Dividend | J | T | | | | | |
| 76. -Mutual Funds: | | | | | | | | | |
| 77. --Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. COLLEGE SAVINGS PLANS | | | | | | | | | |
| 80. Virginia 529 Plan - Rappahannock | A | Dividend | K | T | Buy | 06/16/17 | J | | |
| 81. Virginia 529 Plan - Alleghany | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wiese, John P. | 04/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VIII - Investments and Trusts: Line 54- Columbia Acorn Fund Institutional Class was formerly known as Columbia Acorn Fund Z.
Line 55 - Columbia Acorn USA Fund Institutional Class was formerly known as Columbia Acorn USA Fund Z.
Line 56 - Columbia Acorn International Fund Institutional Class was formerly known as Columbia Acorn International Fund Z

Part VIII - Investments and Trusts: Line 68 - The "Distribution" and "Sold (part)" entries shown on Line 68 for the Windsor II Fund reflect the IRA owner's Required Minimum Distribution for the tax year 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Wiese**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544